147 A.3d 448

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT
v. DAGOBERTO GUTIERREZ, DEFENDANT-
PETITIONER.

FILED July 15, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004609-11 having been submitted to this Court, and the Court having considered the same,

It is ORDERED that the petition for certification is denied.